**Denied and Opinion Filed December 31, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00730-CV

## IN RE NURAN, INC., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17708**

## MEMORANDUM OPINION
Before Justices Whitehill, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

Relator's August 11, 2020 petition for writ of mandamus asks us to compel

the trial court to vacate: (1) the denial of relator's motion to abate pending joinder

of another party; and (2) the denial of relator's motion to expunge the notices of lis

pendens. Entitlement to mandamus relief requires relator to show that the trial court

has clearly abused its discretion and that relator has no adequate appellate remedy.

*In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on the petition, real parties in interest's response, relator's reply, and the

record before us, we conclude that relator has failed to show its entitlement to the

relief requested. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

200730F.P05